**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 497 EAL 2014
                               :
                    Respondent : Petition for Allowance of Appeal from the
                               : Order of the Superior Court
                               :
                 v.            :
                               :
                               :
                               :
JARDIAN CAOH,                  :
                               :
                    Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.